United States District Court
Southern District of Texas
**ENTERED**
January 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO HERNANDEZ AND MARIA QUIROGA, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL NO. B-16-028 |
| RESTAURANT ORGANIZATION, LLC, ET AL., | § § § | |
| Defendant. | § | |

# ORDER

Pending is the Magistrate Judge's December 13, 2016, Magistrate Judge's Report and Recommendation [Doc. No. 34]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Defendants' Motion to Dismiss [Doc. No. 22] is denied, and Restaurant Organization's Motion [Doc. No. 24] seeking dismissal of Plaintiffs' claims is denied.

Signed this 20th day of January, 2017.

Andrew S. Hanen
United States District Judge